JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR H. REYES and ROCIO G. REYES, ) ) | Case No. EDCV 08-1517-VAP (SSx) |
| Plaintiff, ) ) | **JUDGMENT** |
| v. ) ) | |
| DOWNEY SAVINGS AND LOAN, and DOES 1-50, inclusive, ) ) ) | |
| Defendants. ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.


Dated: November 24, 2008            _____
                                            VIRGINIA A. PHILLIPS
                                         United States District Judge